UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

Xiomara Martorell                                            Case No. 22-15543-LMI

    Debtor                                              Chapter 7
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** the debtor, Xiomara Martorell, by and through her undersigned counsel and file this Notice of Voluntary Dismissal and for the reasons as set forth below:

1. On or about July 20, 2022, the instant case was filed as a Chapter 7 case.

2. The debtor wishes to voluntarily dismiss her Chapter 7 Bankruptcy.

3. The trustee office has no objections to the debtor voluntarily dismissing the instant case.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Ross Hartog and via regular mail to all parties on the service list this 16th day of December 2022.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN# 0442161

Case 22-15543-LMI    Doc 22    Filed 12/16/22    Page 2 of 2