UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Xiomara Martorell                    Case No. 22-15543-LMI-LMI

         Debtor(s).                      Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Voluntary Dismissal case and Notice of Hearing was sent to all parties on the attached service list on December 19, 2022.

Electronically: Ross R Hartog, Trustee

First Class Mail:

Debtor(s), Xiomara Martorell
10045 NW 35th Avenue
Miami, FL 33147-1924

All Creditors on the Matrix

                          Respectfully Submitted:

                          **ROBERT SANCHEZ, P.A.**
                          Attorney for Debtor
                          355 West 49th Street
                          Hialeah, FL 33012
                          Tel. 305-687-8008

                          By:*/s/ Robert Sanchez*_____
                           Robert Sanchez, Esq., FBN#0442161